Slip Op. 01-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____

|  |  |  |
|---|---|---|
| | : | |
| FAG ITALIA S.p.A., BARDEN | : | |
| CORPORATION (U.K.) LIMITED, | : | |
| THE BARDEN CORPORATION and | : | |
| FAG BEARINGS CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Court No. 98-07-02528 |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| THE TORRINGTON COMPANY, | : | |
| | : | |
| Defendant-Intervenor. | : | |

_____ :

## J U D G M E N T

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, FAG Italia S.p.A., The Barden Corporation (U.K.) Ltd., The Barden Corporation and FAG Bearings Corporation v. United States, 24 CIT ___, 110 F. Supp. 2d 1055 (2000) ("Remand Results"), Torrington's comments to the Remand Results, and Commerce having complied with the Court's remand, and no other responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on November 2, 2000 are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

_____

NICHOLAS TSOUCALAS, Senior Judge

Dated: January 9, 2001
       New York, New York